UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE FINN,<br>　　Plaintiff,<br>　　v.<br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br>　　Defendants. | No. 2:19-cv-09155-SAB<br><br>**ORDER TO SHOW CAUSE** |

　　Recently, the above-captioned case was assigned to this Court. In an effort to manage the court docket, the Court is proposing a schedule for case specific discovery, specific dispositive motions, and case specific *Daubert* motions (if any). The Court intends to set a trial date after dispositive motions have been resolved and the parties have certified that mediation or settlement proceedings have not been successful. Additionally, the prior rulings by the MDL Court are applicable. If the parties disagree, it is the Court's intention that they address their disagreements with the Court through motion practice.

//
//
//
//
//

**ORDER TO SHOW CAUSE ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. **Within 30 days** from the date of this Order, the parties are directed to show cause why the Court should not impose the following schedule for case specific discovery, specific dispositive motions, and case specific *Daubert* motions (if any):

   a. Within 14 days after entry of the Court's Scheduling Order, Rule 26(a) disclosures shall be exchanged by the Parties.

   b. Within 30 days after entry of the Court's Scheduling Order, Plaintiff will produce the completed Plaintiff's Fact Sheet and related information utilized in the *In re: C.R. Bard, Inc. IVC Filter MDL.*

   c. Within 60 days after the entry of the Court's Scheduling Order, Defendants will produce the Defendants' Fact Sheet and related information utilized in the *In re: C. R. Bard, Inc. IVC Filter MDL.*

   d. The deadline for completing Fact Discovery is 240 days after the entry of the Court's Scheduling Order.

   e. The deadline for service of case-specific expert disclosures and reports by Plaintiff is 260 days after the entry of the Court's Scheduling Order.

   f. The deadline for service of case-specific expert disclosures and reports by Defendants is 290 days after the entry of the Court's Scheduling Order.

   g. The deadline for case-specific rebuttal expert disclosures and reports is 310 days after entry of the Court's Scheduling Order.

   h. The deadline for completing depositions of Plaintiff's case-specific experts is 340 days after the entry of the Court's Scheduling Order.

   i. The deadline for completing depositions of Defendants' case-specific experts is 370 days after entry of the Court's Scheduling Order.

//
//

j. The deadline for filing *Daubert* motions and dispositive motions is 400 days after the entry of the Court's Scheduling Order.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 16th day of December 2019

*[signature]*
_____
Stanley A. Bastian
United States District Court

**ORDER TO SHOW CAUSE ~ 3**