UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CATHERINE FINN, | No. 2:19-cv-09155-SAB (PJWx) |
|---|---|
| Plaintiff, | |
| v. | |
| C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC., | **ORDER DISMISSING ACTION** |
| Defendants. | **[ECF NO. 35]** |

Before the Court is the parties' Stipulation of Dismissal of Plaintiff Catherine Finn's Claims with Prejudice, ECF No. 35. The parties ask that the above-captioned matter be dismissed with prejudice, with each party to bear its own costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal of Plaintiff Catherine Finn's Claims With Prejudice, ECF No. 35, is **accepted and entered in the record**.

//
//
//
//
//
//

**ORDER DISMISSING ACTION** ~ 1

2.  Pursuant to the parties' Stipulation, Plaintiff's claims in the above-captioned action against all parties, including those parties who have not entered their appearance and/or signed the stipulation, are **dismissed with prejudice**, with each party to bear their own costs.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 28th day of July 2021.

_____
Stanley A. Bastian
United States District Court

**ORDER DISMISSING ACTION ~ 2**